IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01816-PAB

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMESWAY CARTAGE, INC.,

    Defendant.

---

# ORDER

---

This matter comes before the Court on the parties' Joint Motion to Modify Consent Decree [Docket No. 8]. The parties seek to modify a consent decree issued by the Court on August 26, 2013. Docket No. 7. Good cause having been shown, it is

**ORDERED** that the parties' Joint Motion to Modify Consent Decree [Docket No. 8] is **GRANTED**. It is further

**ORDERED** that the Joint Stipulation to Modify Consent Decree [Docket No. 8-2] is approved. It is further

**ORDERED** that the Consent Decree entered by the Court on August 26, 2013 [Docket No. 7] is modified in accordance with the parties' Joint Stipulation to Modify Consent Decree. Docket No. 8-2.

DATED January 5, 2015.

                                 BY THE COURT:

                                 s/Philip A. Brimmer
                                 PHILIP A. BRIMMER
                                 United States District Judge